UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NOS.   CR-06-2143-WFN-1 |
| Plaintiff, ) | CR-01-2065-WFN-1 |
| ) | |
| -vs- ) | |
| ) | ORDER |
| TIBURCIO SANTANA-LOSANO, ) | |
| ) | |
| Defendant. ) | |

Pending before the Court is the Defendant's Motion to Dismiss, filed October 24, 2006 (CR-06-2143 Ct. Rec. 17). The Defendant is represented by Rebecca Pennell; Assistant United States Attorney Gregory Shogren represents the Government. As set forth in Defendant's Motion and conceded by the Government, Defendant's 2005 deportation proceedings did not comport with due process. Defendant was prejudiced by the defects in his deportation proceeding because he was not advised he may have been eligible for "fast-track" voluntary departure. Given the prejudicial flaws in Defendant's deportation proceeding, the current Indictment must be dismissed. According to communications with Court staff on October 24, 2006, the parties agree that the Indictment in case number CR-06-2143-WFN-1 should be dismissed with prejudice.

The Court has reviewed the file and Defendant's Motion to Dismiss and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. Defendant's Motion to Dismiss, **CR-06-2143- Ct. Rec. 17**, filed October 11, 2006, is **GRANTED**.

ORDER - 1

| | |
|---|---|
| 1 | 2.  The Indictment, **Ct. Rec. 1**, filed September 12, 2006, in CR-06-2143-WFN-1, is |
| 2 | **DISMISSED WITH PREJUDICE**. |
| 3 | 3.  The pretrial conference and motion hearing set for October 31, 2006, at 8:45 a.m., |
| 4 | in Yakima, Washington is **STRICKEN.** |
| 5 | 4.  The Supervised Release Hearing set for **October 31, 2006, at 8:45 a.m., in** |
| 6 | **Yakima**, Washington, in CR-01-2065-WFN-1, is **CONFIRMED**. |
| 7 | The District Court Executive is directed to file this Order and provide copies to |
| 8 | counsel AND TO United States Probation Officer Jose Vargas AND TO United States |
| 9 | Marshals Service. |
| 10 | **DATED** this 25th day of October, 2006. |

       s/ Wm. Fremming Nielsen
       WM. FREMMING NIELSEN
10-25  SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2